No. 04–9016. VAN HOEF v. BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT. C. A. 4th Cir. Certiorari denied.

No. 04–9026. ADAMS v. TREON, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 04–9031. MARCUS v. NICHOLSON, SECRETARY OF VETERANS AFFAIRS. C. A. 7th Cir. Certiorari denied.

No. 04–9041. CHRISTAKIS v. MCMAHON. C. A. 1st Cir. Certiorari denied.

No. 04–9045. BRITO-DE FIGUEROA ET AL. v. GONZALES, ATTORNEY GENERAL. C. A. 1st Cir. Certiorari denied.

No. 04–9078. GAYNOR v. KYLER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON. C. A. 3d Cir. Certiorari denied.

No. 04–9096. STEFFEN v. CAREY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–9120. COLEMAN v. LOUISIANA. Ct. App. La., 4th Cir. Certiorari denied.

No. 04–9134. JOHNSON v. EMERSON ET AL. C. A. 8th Cir. Certiorari denied.

No. 04–9144. PARKS v. UNITED STATES; and
No. 04–9508. JOHNSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–9160. CAMP v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 04–9164. JACKSON v. KANSAS. Ct. App. Kan. Certiorari denied.

No. 04–9175. BURDETTE v. MCBRIDE, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 04–9177. P. S. v. MONTANA. Sup. Ct. Mont. Certiorari denied.